UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

FILED BY _____ D.C.

05 JUN 24 AM 8: 28

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

Case No. 2:05cr20187-Ma

-vs-

MILTON JOHNSON

# ORDER APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

## APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

## TYPE OF APPOINTMENT

- Other  Defendant to pay $100 per month toward costs. Payment due the 1st day of each month.

**DONE** and **ORDERED** in 167 North Main, Memphis, this _23rd_ day of June, 2005.

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
MILTON JOHNSON

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20187 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT