FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN 27 AM 10: 13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

MILTON JOHNSON                                    05-20187-Ma

## ORDER ON ARRAIGNMENT

This cause came to be heard on _June 24, 2005_ , the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Eddie Perry_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his present bond.
___L___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:922(g);

U. S. Attorney assigned to Case: K. Earley

Age: _45_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-28-05_

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20187 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT